UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RUEBEN LONGORIA,<br><br>                    Plaintiff,<br><br>     v.<br><br>J.C. PENNEY CORPORATION, INC.,<br><br>                    Defendant. | No.  4:CV-14-5027-EFS<br><br>**ORDER GRANTING STIPULATED MOTION TO REMAND** |

On May 1, 2014, the parties filed a Stipulated Motion to Remand to State Court, ECF No. 7.  Consistent with the parties' agreement and their stipulation that alleged damages are no more than $75,000, **IT IS HEREBY ORDERED:**

**1.** The parties' Stipulated Motion to Remand to State Court, **ECF No. 7**, is **GRANTED.**

**2.** The case is **REMANDED** to Benton County Superior Court, case number 14-2-00437-8.

**3.** All pending motions are **DENIED AS MOOT.**

**4.** All hearings and other deadlines are **STRICKEN.**

**5.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and the Benton County Superior Court.

**DATED** this   5th   day of May 2014.

                              s/Edward F. Shea
                              EDWARD F. SHEA
                    Senior United States District Judge

Q:\EFS\Civil\2014\5027.order.remand.lc2.docx

ORDER - 1